E-FILED
Wednesday, 05 October, 2016  04:40:20 PM
Clerk, U.S. District Court, ILCD

OCT 04 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Judith M. Karasek Reno )
)
)
)
_____ )
(Name of the plaintiff or plaintiffs) ) CIVIL ACTION
)
v. ) NO. 16-3276
)
Wal-Mart Store #3210 )
)
)
)
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☐ DOES ☒ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Judith M. Karasek Reno,

whose street address is 920 E. Main St,

(city) Auburn    (state) IL    (ZIP) 62615

(Plaintiff's telephone number)    (217) - 697-4892

3. The defendant is Wal-Mart Store #3210, whose

street address is 2760 North Dirksen Parkway,

(city) Springfield    (state) IL    (ZIP) 62702

(Defendant's telephone number)    (217) - 522-3090

4. The alleged discrimination occurred at Wal-Mart Store #3210

(city) Springfield    (state) IL    (ZIP) 62702

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) *August*, (day) *12*, (year) *2015*.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331.  Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion  (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _____

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) __July 6, 2016__ .

   **[Attach copy of Notice of Right to Sue to this complaint.]**

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐ by failing to hire the plaintiff.

    (b) ☒ by terminating the plaintiff's employment.

    (c) ☐ by failing to promote the plaintiff.

    (d) ☐ by failing to stop harassment;

    (e) ☒ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☐ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☐ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☐ other (specify):_____

    _____

    _____

    _____

    _____

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

I felt discriminated against when I was terminated from my position at Wal-Mart (#3216) on August 12, 2016 in Springfield, IL. I felt there was a communication break-down due to my language barrier. I was never provided an interpreter until after incident occur. This incident was that I was accused of throwing a small box at my supervisor, & that is not what happened. I tossed an empty box inside the cart and afterward the supervisor & an associate came to me & said that was inappropate. And the supervisor → turn over

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): back-pay,

4

Came and tapped very aggressively on my arm & wrote on a piece of paper "do not throw."

I was confused & I had anxiety as they attempted to communicate with me. Later in the afternoon, an interpreter was called in & at that time, I told "I violated policy" & then I was told I was terminated. I feel I was terminated due to my disability & the lack of coaching & training on Wal-Marts part. They did not accomodate my needs.

back pay due to all the time off work & bills left unpaid.

(g) [x] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [ ] Grant such other relief as the Court may find appropriate.

_Judith M. Karasek Reno_
(Plaintiff's signature)

_Judith M. Karasek Reno_
(Plaintiff's name)

_920 E. Main St_
(Plaintiff's street address)

(City) _Auburn_   (State) _IL_   (ZIP) _62615_

(Plaintiff's telephone number) (_217_) – _697-4892_

Date: _October 4, 2016_

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br># 16W0824.12 | ☒ IDHR<br>☐ EEOC | 2016SF0348 |

Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Ms. Judith M. Karasek Reno | 217-303-8041 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 920 E. Main Street | Auburn, Illinois 62615 | / / <br> M D Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Wal-Mart Stores, Inc. | | 217-522-3090 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2760 N. Dirksen Parkway | Springfield, Illinois 62702 | Sangamon |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA)   LATEST (ALL) |
|---|---|
| Physical Disability | 08/12/2015 <br> ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS
        TERMINATION ON AUGUST 12, 2015 BASED ON PHYSICAL DISABILITY, HEARING IMPAIRMENT.

    B.  PRIMA FACIE ALLEGATIONS
        1.  I am an individual with a disability that falls within the meaning of the Illinois Human Rights Act, Section 1-103(I).
        2.  I performed the duties of Sales Associate according to Respondent's expectations.
        3.  On August 12, 2015, Janson Driver and Michalle (last name unknown) terminated me for the stated reason of workplace violence.
        4.  Similarly situated non-disabled employees were not terminated under similar situations.

Page 1 of 1
rys

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 24th DAY OF August, 2015

x _Krista G. Sherrock_
NOTARY SIGNATURE

OFFICIAL SEAL
KRISTA G. SHERROCK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-06-2017

NOTARY STAMP

x _Judith M. Karasek Reno_   August 24, 2015
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 11/09-INT)

Legal Division in Chicago
(312) 814-6262
May 2, 2016

Ms Paik - Case Disposition Unit
(312) 814-6363

697-4892

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Judith M. Karasek Reno<br>920 E. Main Street<br>Auburn, IL 62615 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2015-02210 | Daniel Lim,<br>State & Local Coordinator | (312) 869-8082 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman/ht*          June 27, 2016

Julianne Bowman,
District Director                            *(Date Mailed)*

Enclosures(s)

cc:  WAL MART STORES INC
     c/o Jennifer Schilling, Esq.
     Littler Mendelson, P.C.
     321 North Clark Street, Suite 1000
     Chicago, IL 60654

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| Counties | | Counties | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| Counties | | Counties | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>Southern District of Illinois<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br>*and*<br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | **Rock Island Division**<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| Counties | | Counties | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division**<br>600 East Monroe Street<br>Springfield, IL 62701<br>217-492-4020 | |
| Clinton | Monroe | | |
| Crawford | Perry | | |
| Cumberland | Pope | | |
| Edwards | Pulaski | | |
| Effingham | Randolph | Counties | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |